610

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Judgment affirmed.

478 A.2d 84

Home for Crippled Children, Appellant, v. Erie Ins.

Petition for Allowance of Appeal
Denied Nov. 7, 1984.

Argued January 25, 1984.

Frederick J. Francis, for appellant; S. Asher Winikoff, for appellee.

Before WIEAND, TAMILIA and POPOVICH, JJ.

Judgment affirmed.

478 A.2d 84

Home for Crippled Children, Appellant (at No. 1457) v. Erie Insurance, Appellant (at No. 1390).

Petition for Allowance of Appeal
Denied Oct. 30, 1984.

Argued January 25, 1984.

H.N. Rosenberg and S. Asher Winikoff, for appellant (at 1390) and for appellee (at 1457); Frederick J. Francis, for appellant (at 1457) and appellee (at 1390).